JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7071
   Facsimile:      (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-70358 BZ |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER FED. R. CRIM. P. 5.1 |
| v. | |
| LUIGI FULVIO PALMARES AGUILAR, | |
|    Defendant. | |

On June 19, 2008, the parties in this case appeared before the Court for a detention hearing. At that time, the parties requested, and the Court agreed, to set a status conference on June 27. The parties stipulated that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from June 19, 2008 through June 27, 2008. The

//

//

Stipulation and [Proposed] Order Excluding Time
CR 08-70358 BZ    1

1  parties agreed that, taking into account the public interest in prompt disposition of criminal
2  cases, good cause existed for this extension.
3  SO STIPULATED:

4
5                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
6

7  DATED: June 23, 2008                              /s/
                                            TAREK J. HELOU
8                                           Assistant United States Attorney

9

10 DATED: June 23, 2008                              /s/
                                            GEOFFREY HANSEN
11                                          Attorney for Defendant Margaret Pek Hoon Lim

12

13     For the reasons stated above, the Court finds that exclusion of time from June 19, 2008
14 through June 27, 2008 is warranted and that the ends of justice served by the continuance
15 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161
16 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would deny the
17 defendant effective preparation of counsel, and would result in a miscarriage of justice.  18
18 U.S.C. §3161(h)(8)(B)(iv).

19

20 SO ORDERED.

21
22 DATED: June 23, 2008

23                                          THE HONORABLE NANDOR J. VADAS
                                            United States Magistrate Judge
24
25
26
27
28

Stipulation and [Proposed] Order Excluding Time
CR 08-70358 BZ                                                                              2