AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

Title 18 U.S.C., Section 2252(a)(4) -- Possession of Child Pornography (Class C Felony); Title 18 U.S.C., Section 2253(a)(1)-(3) -- Criminal Forfeiture

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**FILED**

**DEFENDANT - U.S.**

▶ LUIGI FULVIO PALMARES AGUILAR

JUL - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

0434 SI

**PENALTY:**
Maximum prison term of 20 years, minimum prison term of 10 years; maximum fine of $250,000; maximum term of supervised release of 3 Years; mandatory special assessment of $100; forfeiture of items identified in indictment.

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70358 BZ

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year  6/15/2008

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
TAREK J. HELOU

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**

JUL - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) CR 08 No. 0434 SI | |
| Plaintiff, ) | VIOLATIONS: |
| v. ) | 18 U.S.C. § 2252(a)(4) – Possession of Child Pornography; and 18 U.S.C. § 2253(a)(1)-(3) – Criminal Forfeiture |
| LUIGI FULVIO PALMARES AGUILAR, ) | |
| Defendant. ) | SAN FRANCISCO VENUE |

## INFORMATION

The United States Attorney charges:

COUNT ONE:                    18 U.S.C. § 2252(a)(4) – Possession of Child Pornography

On or about June 15, 2008, in the Northern District of California, the defendant,

LUIGI FULVIO PALMARES AGUILAR,

did knowingly possess one Gateway laptop computer, serial number T027Aa01005215, model number ML6720, containing visual depictions that had been shipped and transported in interstate and foreign commerce, knowing that such Gateway laptop contained visual depictions, and knowing that the production of such visual depictions involved a minor engaging in sexually explicit conduct, and that such visual depictions were of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

INFORMATION                                                1

1  FORFEITURE ALLEGATION:    18 U.S.C. § 2253(a)(1)-(3) – Criminal Forfeiture
2        Upon conviction of the offense alleged in Count One, the defendant,
3                    LUIGI FULVIO PALMARES AGUILAR,
4  shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(1)-(3), all
5  visual depictions described in Title 18, United States Code Section 2252 and all property, real and
6  personal, used or intended to be used to commit or promote the commission of the offense of
7  conviction, including but not limited the following items seized from the defendant on or about
8  June 15, 2008 at San Francisco Airport:
9  •    One Gateway laptop computer, serial number T027AA01005215, model
10       number ML6720, and accompanying battery;
11 •    One Nikon digital camera, serial number 3177098, and accompanying lens,
12       bag, and four cords;
13 •    One Olympus digital camera, serial number 334212012, and accompanying
14       case;
15 •    One Samsung digital camcorder, serial number A6F6VK18011878, and
16       accompanying bag, two batteries, and power adapter;
17 •    One Insignia media player, serial number B3BB607470036687;
18 •    One San Disk 2GB SD card, serial number BE08103118806;
19 •    One Olympus 256 MB XD picture card, model number MXD256P3;
20 •    One Olympus 128 MB XD picture card, model number MXD128P3;
21 •    One Olympus 16 MB XD picture card, model number MXD16P3;
22 •    One San Disk 1 GB Micro SD card;
23 •    One Lexar 2 GB SD card, serial number 31084-26BCSA;
24 •    One Nokia cell phone, equipment identity number 356271/01/3798G015,
25       and accompanying battery and power charger;
26 •    One black SoundKase CD case;
27 //
28 //

INFORMATION                                2

- 24 CDs; and
- Four TDK Camcorder "minidvgo" cassettes.

DATED: July 2, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____
AUSA HELOU

INFORMATION                3