1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4

5   TAREK J. HELOU (CABN 218225)
    Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:    (415) 436-7071
8       Facsimile:    (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10  Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,          )   CR No. 08-434 SI
                                       )
17           Plaintiff,                )   STIPULATION AND [PROPOSED] ORDER
                                       )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18      v.                             )
                                       )
19  LUIGI FULVIO PALMARES AGUILAR,     )
                                       )
20                                     )
             Defendant.                )
21  _____)

22

23          On July 3, 2008, the parties in this case appeared before the Court for the defendant's

24  arraignment.  At that time, the parties requested, and the Court agreed, to exclude all time under

25  the Speedy Trial Act between July 3, 2008 and August 15, 2008 because defense counsel needs

26  time to review electronic discovery, and also because the attorneys representing both parties are

27  unavailable until that date.  The parties represented that granting the continuance was the

28  reasonable time necessary for preparation of defense counsel and continuity of defense counsel

and government counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of

justice served by granting such a continuance outweighed the best interests of the public and the

defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

DATED: July 3, 2008                       _____/s/_____
                                          TAREK J. HELOU
                                          Assistant United States Attorney

DATED: July 3, 2008                       _____/s/_____
                                          GEOFFREY HANSEN
                                          Attorney for Defendant Margaret Pek Hoon Lim

        For the reasons stated above, the Court finds that exclusion of time from July 3, 2008

through August 15, 2008 is warranted and that the ends of justice served by the continuance

outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161

(h)(8)(A).  The failure to grant the requested continuance would deny both parties continuity of

counsel, and deny the defendant effective preparation of counsel, and would result in a

miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____
                                          _____
                                          THE HONORABLE MARIA-ELENA JAMES
                                          United States Magistrate Judge