AO 455 (Rev. 5/85) Waiver of Indictment

JUL 0 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Luigi Aguilar

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-434 SI

I, _Luigi Aguilar_ , the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _July 3, 2008_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

**Maria Elena James
United States Magistrate Judge**