| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | |
| 5 | TAREK J. HELOU (CABN 218225)<br>Assistant United States Attorney |
| 6 | |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California  94102<br>Telephone:    (415) 436-7071 |
| 8 | Facsimile:     (415) 436-7234<br>Tarek.J.Helou@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

**FILED**

JUL 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-434 SI |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| LUIGI FULVIO PALMARES AGUILAR, | ) ) | |
| Defendant. | ) ) ) | |

On July 3, 2008, the parties in this case appeared before the Court for the defendant's arraignment. At that time, the parties requested, and the Court agreed, to exclude all time under the Speedy Trial Act between July 3, 2008 and August 15, 2008 because defense counsel needs time to review electronic discovery, and also because the attorneys representing both parties are unavailable until that date. The parties represented that granting the continuance was the reasonable time necessary for preparation of defense counsel and continuity of defense counsel

Stipulation and [Proposed] Order Excluding Time
CR 08-434 SI                                                                                                                                                          1

Case 3:08-cr-00434-SI   Document 14   Filed 07/07/2008   Page 2 of 2
Case 3:08-cr-00434-SI   Document 11   Filed 07/03/2008   Page 2 of 2

and government counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

DATED: July 3, 2008                     /s/
                                    TAREK J. HELOU
                                    Assistant United States Attorney

DATED: July 3, 2008                     /s/
                                    GEOFFREY HANSEN
                                    Attorney for Defendant Margaret Pek Hoon Lim

For the reasons stated above, the Court finds that exclusion of time from July 3, 2008 through August 15, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny both parties continuity of counsel, and deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 7-7-08

                                    THE HONORABLE MARIA-ELENA JAMES
                                    United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time
CR 08-434 SI                                                                                 2