1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4

5   TAREK J. HELOU (CABN 218225)
    Assistant United States Attorney

6
    450 Golden Gate Avenue, Box 36055
7   San Francisco, California 94102
    Telephone:    (415) 436-7071
8   Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov

9

10  Attorneys for Plaintiff

11

12                      UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,          )    CR No. 08-434 SI
                                       )
17          Plaintiff,                 )    STIPULATION AND [PROPOSED] ORDER
                                       )    EXCLUDING TIME UNDER 18 U.S.C. § 3161
18      v.                             )
                                       )
19  LUIGI FULVIO PALMARES AGUILAR,     )
                                       )
20                                     )
            Defendant.                 )
21                                     )

22

23          On July 3, 2008, the parties in this case appeared before the Court for the defendant's

24  arraignment. At that time, the parties requested, and the Court agreed, to exclude all time under

25  the Speedy Trial Act between July 3, 2008 and August 15, 2008 because defense counsel needs

26  time to review electronic discovery, and also because the attorneys representing both parties are

27  unavailable until that date. The parties represented that granting the continuance was the

28  reasonable time necessary for preparation of defense counsel and continuity of defense counsel

    Stipulation and [Proposed] Order Excluding Time
    CR 08-434 SI                                                                              1

1   and government counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of

2   justice served by granting such a continuance outweighed the best interests of the public and the

3   defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

4

5   SO STIPULATED:

6
                                              JOSEPH P. RUSSONIELLO
7                                             United States Attorney

8

9   DATED: July 3, 2008                              /s/
                                              TAREK J. HELOU
10                                            Assistant United States Attorney

11

12  DATED: July 3, 2008                              /s/
                                              GEOFFREY HANSEN
13                                            Attorney for Defendant Margaret Pek Hoon Lim

14

15        For the reasons stated above, the Court finds that exclusion of time from July 3, 2008

16  through August 15, 2008 is warranted and that the ends of justice served by the continuance

17  outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161

18  (h)(8)(A). The failure to grant the requested continuance would deny both parties continuity of

19  counsel, and deny the defendant effective preparation of counsel, and would result in a

20  miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

21

22  SO ORDERED.

23

24  DATED: 7/8/08

25                                            THE HONORABLE MARIA-ELENA JAMES
                                              United States Magistrate Judge
26

27

28

Stipulation and [Proposed] Order Excluding Time
CR 08-434 SI                                                                              2