1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
    450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone:  (415) 436-7071
8      Facsimile:  (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                     UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,    )    CR No. 08-434 SI
                                )
17     Plaintiff,               )    STIPULATION AND [PROPOSED] ORDER
                                )    EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 v.                           )
                                )
19 LUIGI FULVIO PALMARES AGUILAR, )
                                )
20                              )
       Defendant.               )
21 _____)

22

23     On August 15, 2008, the parties in this case appeared before the Court for their initial

24 status conference in District Court. At that time, the parties requested, and the Court agreed, to

25 exclude all time under the Speedy Trial Act between August 15, 2008 and September 2, 2008

26 because the parties need additional time to continue plea negotiations. The parties represented

27 that granting the continuance was the reasonable time necessary for preparation of defense

28 counsel and continuity of defense counsel and government counsel. 18 U.S.C. §

Stipulation and [Proposed] Order Excluding Time
CR 08-434 SI                                                                                                            1

1  3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
2  continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
3  U.S.C. § 3161(h)(8)(A).

5  SO STIPULATED:

              JOSEPH P. RUSSONIELLO
              United States Attorney

9  DATED: August 15, 2008                    /s/
              TAREK J. HELOU
10             Assistant United States Attorney

12 DATED: August 15, 2008                    /s/
              GEOFFREY HANSEN
13             Attorney for Defendant Luigi Fulvio Palmares Aguilar

15      For the reasons stated above, the Court finds that exclusion of time from August 15, 2008
16 through September 2, 2008 is warranted and that the ends of justice served by the continuance
17 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
18 §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant
19 effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C.
20 §3161(h)(8)(B)(iv).

22 SO ORDERED.

24 DATED:_____        _____
              THE HONORABLE SUSAN ILLSTON
25             United States District Judge