## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: 8/15/08

Case No.   CR-08-0434  SI              Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- LUIGI AGUILAR (C)(P)

Attorneys:   T. Halou              G. Hansen

Deputy Clerk:  Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)  Trial Setting - HELD

2)  
3)  
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN        ( ) SUBMITTED
                                                                 PART

Case continued to **9/2/08 @ 10:00 A.M.**   for Change of Plea

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: Effective Preparation
**Delay begins:          Delay ends: 9/2/08**
(           AUSA to draft order     )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )