| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
|   | United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973) |
|   | Chief, Criminal Division |
| 4 | |
| 5 | TAREK J. HELOU (CABN 218225) |
|   | Assistant United States Attorney |
| 6 | |
| 7 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, California  94102 |
|   | Telephone:     (415) 436-7071 |
| 8 | Facsimile:      (415) 436-7234 |
|   | Tarek.J.Helou@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-434 SI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) | |
| | ) | |
| LUIGI FULVIO PALMARES AGUILAR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On August 15, 2008, the parties in this case appeared before the Court for their initial status conference in District Court.  At that time, the parties requested, and the Court agreed, to exclude all time under the Speedy Trial Act between August 15, 2008 and September 2, 2008 because the parties need additional time to continue plea negotiations.  The parties represented that granting the continuance was the reasonable time necessary for preparation of defense counsel and continuity of defense counsel and government counsel.  18 U.S.C. §

Stipulation and [Proposed] Order Excluding Time
CR 08-434 SI                                                                                                                                    1

1  3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
2  continuance outweighed the best interests of the public and the defendant in a speedy trial.  18
3  U.S.C. § 3161(h)(8)(A).

5  SO STIPULATED:

                                JOSEPH P. RUSSONIELLO
7                               United States Attorney

9  DATED: August 15, 2008                    /s/
                                TAREK J. HELOU
10                              Assistant United States Attorney

12 DATED: August 15, 2008                    /s/
                                GEOFFREY HANSEN
13                              Attorney for Defendant Luigi Fulvio Palmares Aguilar

15       For the reasons stated above, the Court finds that exclusion of time from August 15, 2008
16 through September 2, 2008 is warranted and that the ends of justice served by the continuance
17 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
18 §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant
19 effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C.
20 §3161(h)(8)(B)(iv).

22 SO ORDERED.

24 DATED:_____        _____
                                THE HONORABLE SUSAN ILLSTON
25                              United States District Judge

Stipulation and [Proposed] Order Excluding Time
CR 08-434 SI                                                                                    2