**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 9/2/08

Case No.   CR-08-0434  SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- LUIGI AGUILAR (C)(P)

Attorneys:   T. Halou            G. Hansen

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1) Status - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN       (  ) SUBMITTED
                                                PART

Case continued to **10/31/08 @ 10:00 A.M.**   for Change of Plea

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: Effective Preparation
**Delay begins:           Delay ends: 10/31/08**
(            AUSA to draft order      )

ORDERED AFTER HEARING:
The parties were not in a position to enter into a plea agreement at this time.  They need to obtain the defendant's military records.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )